# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JIMMY DAVIDSON**                                                               **PLAINTIFF**

**v.**                                **No. 3:18CV18-JMV**

**WARDEN TIMOTHY OUTLAW, ET AL.**                             **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion entered this day:

(1) Defendants *Sergeant Mildred and Officer Moore* are **DISMISSED** with prejudice from this case, as the plaintiff intends them to be witnesses, rather than defendants;

(2) Defendants *Timothy Outlaw and Marjorie Brown* are **DISMISSED** with prejudice from this case, as the plaintiff has sued them only in their capacity as supervisors;

(3) Defendant *Case Manager Jones* is **DISMISSED** with prejudice from this case, as she participated in the events only through the prison grievance process;

(4) Defendant *Officer Boyd* is **DISMISSED** with prejudice from this case, as her actions did not cause the plaintiff any harm;

(5) Defendant *Nurse Hill* is **DISMISSED** with prejudice from this case, as he merely lifted the plaintiff from his wheelchair onto the examination table;

(6) The plaintiff's *claims regarding denial of adequate food* are **DISMISSED** with prejudice, as the defendants deprived him of food for only 29 hours, which is an insufficient deprivation to state a constitutional claim;

(7) Defendant *Case Manager Lang* is **DISMISSED** with prejudice from this case, as he participated only regarding the plaintiff's claim of denial of adequate food, which will be dismissed;

(8) The plaintiff's *claims regarding failure to recognize the fall risk he posed* when assigned to a top bunk are **DISMISSED** with prejudice, as such conduct sounds wholly in negligence and fails to state a constitutional claim; and

(9) The plaintiff's *claims against Nurse Gail for denial of adequate medical care* (requiring him to walk to medical with a broken hip in order to receive treatment) will **PROCEED**.

**SO ORDERED**, this, the 16th day of July, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE