# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JIMMY DAVIDSON**                                                                                **PLAINTIFF**

**v.**                                   **No. 3:18CV18-JMV**

**WARDEN TIMOTHY OUTLAW, ET AL.**                          **DEFENDANTS**

## ORDER GRANTING DEFENDANT'S MOTION [51] TO EXTEND
## THE DISPOSITIVE MOTION DEADLINE

This matter comes before the court on the motion by the defendants to extend the deadline to file a dispositive motion. After considering the motion, the court finds that it is well taken and is **GRANTED**. The new deadline for filing dispositive motions is 45 days from the date of this order.

**SO ORDERED**, this, the 4th day of May, 2020.

                                                                 /s/   Jane M. Virden
                                                                 UNITED STATES MAGISTRATE JUDGE