**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JIMMY DAVIDSON**                                                                           **PLAINTIFF**

**v.**                                           **No. 3:18CV18-JMV**

**WARDEN TIMOTHY OUTLAW, ET AL.**                        **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the defendant's motion [49] for summary judgment is **GRANTED**, and the instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies. In light of this ruling, the defendant's motion [58] to extend the deadline to file a dispositive motion is **DISMISSED** as moot.

**SO ORDERED**, this, the 22nd day of June, 2020.

                                                                       /s/ Jane M. Virden
                                                                       UNITED STATES MAGISTRATE JUDGE